No. 286, Misc. CATENA *v.* GENNETTI, TRUSTEE. C. A. 3d Cir. Certiorari denied. Petitioner *pro se. Pace Reich* for respondent.

No. 294, Misc. LYONS *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 296, Misc. GAINES *v.* UNITED STATES. Ct. Cl. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 301, Misc. PASSANTE *v.* HEROLD, STATE HOSPITAL DIRECTOR. C. A. 2d Cir. Certiorari denied.

No. 302, Misc. MARTINEZ *v.* COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 304, Misc. ROOT *v.* CUNNINGHAM, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 305, Misc. HARRIS *v.* BRUZEE ET AL. C. A. D. C. Cir. Certiorari denied.

No. 307, Misc. DAVIS *v.* WILSON, WARDEN, ET AL. Sup. Ct. Cal. Certiorari denied.

No. 312, Misc. DOWNS *v.* CROUSE, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 313, Misc. SIMMONS *v.* OSWALD ET AL. C. A. 2d Cir. Certiorari denied.

No. 316, Misc. CRESWELL *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. *D. B. Mauzy* for petitioner.